# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

Robert P. Young, Jr.,
Chief Justice

148408(43)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DENISE STEPHENS BROWN,
        Plaintiff-Appellant,
and

STEPHENS FAMILY LOVING TRUST,
        Plaintiff,

v

SC: 148408
COA: 307344
Wayne CC: 11-004263-CH

WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A.,
        Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's May 27, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



Clerk

p0922